John B. Petterson et al., Respondents, *v.* Radspi Realty & Coal Corp., Appellant, et al., Defendant.

Argued January 12, 1943; decided March 4, 1943.

*Irving Ginsberg* for appellant.

*Michael H. Grae* and *Jesse D. Berman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., dissents on the ground that the evidence does not sustain a finding that there was a complete failure of consideration.